| | |
|---|---|
| 1 | **STUART BARASCH** |
| 2 | California Bar Number 74108 |
| | 925 - 41ST Street |
| 3 | Miami Beach, FL 33140 |
| | (305) 673-8366 |
| 4 | (800) 445-2930 |
| | Fax (213) 621-2536 |
| 5 | Email: sblawoffice@aol.com |
| 6 | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIK SUN, | CV-F-04-5891-DLB |
| Plaintiff(s), | |
| v. | MOTION TO DISMISS THE COMPLAINT; AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant(s). | |

PLEASE TAKE NOTICE that Plaintiff Yik Sun, through her attorney of record, petitions this Court to dismiss the complaint filed on June 28, 2004.  The reason for this motion, is that after a thorough review of the administrative record, plaintiff's counsel has come to the conclusion that this case lacks merit.  Plaintiff's has conferred with plaintiff, who has agreed to dismiss her complaint.

Dated:   May 12, 2005                              Respectfully submitted,

                                                                       S/ Stuart Barasch
                                                                      STUART BARASCH
                                                                      Attorney for Plaintiff

ORDER

On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of the opinion that plaintiff's request should be **GRANTED**.

It is, therefore, **ORDERED** that plaintiff's complaint be dismissed.

IT IS SO ORDERED.

**Dated:   May 12, 2005**              /s/ **Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE